IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–02972–JLK–KMT

MINNIE LUCAS,

     Plaintiff,

v.

UNIVERSITY ACCOUNTING SERVICES, LLC,

     Defendant.

---

## ORDER RE: CONFIDENTIAL POSITION STATEMENTS

---

The parties, through their respective counsel, are each directed to prepare a Confidential Position Statement, not to exceed fifteen pages, and submit the same by email only to Magistrate Judge Tafoya no later than **February 10, 2015**.  The Confidential Position Statement should contain the following information:

1.    A summary of the evidence, including:

    a.    a *numbered list* of the known significant disputed issues of fact; and

    b.    a *numbered list* of the known significant disputed legal issues.

2.    A candid assessment of the case from the presenter's point of view.

3.    Remarks toward any perceived weaknesses in the case.

4.    An *accurate and complete* history of settlement negotiations, including dates, if known, and amounts of demands and offers.

5.    A computation of damages, including the theory of calculation and any legal limitations on damages, and a demand or offer each client will accept or pay in settlement *(including any essential non-economic terms)*.

6.    Any observations or additional information which would be helpful to Magistrate Judge Tafoya in assisting the parties to negotiate a settlement.

The document is to be **emms emailed to Magistrate Judge Tafoya** (not submitted for filing to the court) at *Tafoya_Chambers@cod.uscourts.gov*, in accordance with the electronic filing procedures of this court.

The court will determine from the Confidential Settlement Statements whether this case is appropriate for an Early Neutral Evaluation.

Dated this 13th day of January, 2015.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge